JS - 6

**FILED: 5/5/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ROCCA                          )
                                       )
                Plaintiff,             )
                                       )       **CASE NO. 14-543 GHK (FFMx)**
        vs.                            )
                                       )
OFFICE DEPOT, INC., et al              )       **ORDER OF DISMISSAL**
                                       )
                Defendants.            )
_____)

     Pursuant to the Parties' *Notice of Settlement*, and the Court having been advised by counsel for the parties that the above-entitled action has been settled,

     **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.  The present scheduling conference set for June 16, 2014, is \ hereby TAKEN OFF CALENDAR and the hearing date is VACATED.

DATED:____5/5/14____

                                  GEORGE H. KING
                                  CHIEF U. S. DISTRICT JUDGE